UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

MARLON LESHAN FINLEY and
LESLEY NICOLE FINLEY,

        Debtors.

_____/

Case No. 09-44480
Chapter 13
Hon. Marci B. McIvor

### ORDER GRANTING CREDITOR'S OBJECTION TO SURRENDER IN FULL SATISFACTION PROVISION IN DEBTORS' PROPOSED CHAPTER 13 PLAN

For the reasons set forth in the accompanying Opinion, FME Federal Credit is entitled file a general deficiency claim against the Debtors' Lathrup Village Property, pursuant to 11 U.S.C. § 506(a)(1), to the extent FME is undersecured. FME's deficiency claim will share pro rata in any distributions to other unsecured creditors.

IT IS SO ORDERED.

**Signed on July 21, 2009**

                **/s/ Marci B. McIvor**
        **Marci B. McIvor**
        **United States Bankruptcy Judge**