UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

MARLON LESHAN FINLEY and            Case No. 09-44480
LESLEY NICOLE FINLEY,            Hon. Marci B. McIvor
                                                         Chapter 13
        Debtors.
_____/

## ORDER SUSTAINING DEBTORS' OBJECTION TO FME FEDERAL CREDIT UNION'S CLAIM # 13

      For the reasons set forth in the accompanying Opinion, this Court finds that the Debtors' objection to Claim # 13 is SUSTAINED and Claim # 13 is DISALLOWED. Because this Court finds that FME's credit bid extinguished the balance owed by the Debtors on their note, this Court also DISALLOWS Claim # 3.

     IT IS SO ORDERED.

**Signed on June 22, 2010**

                                                   **/s/ Marci B. McIvor**
                                             **Marci B. McIvor**
                                             **United States Bankruptcy Judge**